PHILLIP A. TALBERT
United States Attorney
DEBORAH STACHEL, CSBN 230138
Regional Chief Counsel, Region IX
ADAM LAZAR, CSBN 237485
Special Assistant United States Attorney
    160 Spear Street, Suite 800
    San Francisco, CA 94105
    Phone: 415-268-5601
    Fax: 415-744-0134
    Adam.Lazar@ssa.gov

Attorneys for Defendant

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DENZEL JOLIFF,<br><br>        Plaintiff,<br><br>vs.<br><br>NANCY A. BERRYHILL,<br>Acting Commissioner of Social Security,<br><br>        Defendant. | Case No.: 1:16-cv-01058-BAM<br><br>**JOINT STIPULATION AND ORDER FOR EXTENSION OF TIME** |

        Defendant Nancy A. Berryhill, Acting Commissioner of Social Security ("Defendant") respectfully requests that the Court extend the time for Defendant to file her Opposition to Plaintiff's Opening Brief, originally due on April 13, 2017, by 60 days, through and including Tuesday, June 12, 2017. This is the Commissioner's first request for an extension of time in this matter.

        An extension of time is needed in order to prepare Defendant's opposition because of the drafting attorney's exceptionally heavy workload, in which the attorney must conduct pre-trial, participate in a multi-day hearing, and draft post-hearing briefs for a recently-scheduled arbitration, in addition to the attorney's regular district court workload and drafting two Ninth

1

Circuit briefs.  This request is made in good faith with no intention to unduly delay the proceedings.  Counsel's office conferred with Plaintiff's counsel, who had no objection to this request, on April 12, 2017.

     Respectfully submitted this 12th day of April, 2017.

                                    PHILLIP A. TALBERT
                                    United States Attorney
                                    DEBORAH STACHEL
                                    Regional Chief Counsel, Region IX

                     By     /s/ *Adam Lazar*
                                    ADAM LAZAR
                                    Special Assistant U.S. Attorney

                                    Attorneys for Defendant

## **ORDER**

     Based upon the above stipulation of the parties, and for cause shown, IT IS HEREBY ORDERED that Defendant shall have an extension of time, to and including June 12, 2017, in which to file an Opposition to Plaintiff's Opening Brief; and that all other deadlines set forth in the Case Management Order shall be extended accordingly.

IT IS SO ORDERED.

     Dated:  **April 21, 2017**                    /s/ *Barbara A. McAuliffe*
                                                        UNITED STATES MAGISTRATE JUDGE